DL/M

PROB 22
(Rev. 8/97)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)*<br>4:07CR00163-001 | |
| | | DOCKET NUMBER *(Rec. Court)*<br>1: 07-127 S | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br>Albert Clerrico<br>875 N. Shepherd #301<br>Houston, Texas 77008 | DISTRICT<br>Southern District of Texas | DIVISION<br>Houston | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Lynn N. Hughes | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>July 27, 2007 | TO<br>July 26, 2012 |

OFFENSE

Interference with a flight attendant; 49 U.S.C. § 46504

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the District of Rhode Island on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

09 · 10 · 07
*Date*

[signature]
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

9/28/07
*Effective Date*

[signature]
*United States District Judge*