UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
APR 26 2007
MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. H-07- H 07 -163 |
| | § | |
| ALBERT CLERRICO | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE
(Interference With a Flight Attendant– 49 U.S.C. § 46504)

On or about March 17, 2007, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**ALBERT CLERRICO,**

while on Southwest Airlines Flight # 1208 in the special aircraft jurisdiction of the United States, assaulted and intimidated a flight attendant and thereby interfered with

the performance of the duties of that flight attendant and the other flight attendant on board and lessened the flight attendants' ability to perform their duties.

In violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

Original Signature on File

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

BY: Gregg Costa
Gregg Costa
Assistant United States Attorney