# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:07-cr-00163 All Defendants
# Internal Use Only

Case title: USA v. Clerrico

Date Filed: 04/26/2007
Date Terminated: 08/06/2007

---

Assigned to: Judge Lynn N. Hughes

**Defendant**

**Albert Clerrico** (1)
*On Bond*
*TERMINATED: 08/06/2007*

represented by **Michael Lance Herman**
Public Defender
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: Michael_Herman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

INTERFERENCE WITH A FLIGHT ATTENDANT
(1)

**Disposition**

5 years Probation; $5,000 restitution; $100 special assessment - remitted on govt mtn. Special conditions of Probation as stated on the record.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Gregg Jeffrey Costa**
US Atty's Office
PO Box 61129
Houston, TX 77208-1129
713-567-9345
Fax: 713-718-3301

Email: gregg.costa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - H**
515 Rusk
10th Floor
Houston, TX 77002
713-718-4800
Fax: 713-718-4848
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
515 Rusk
6th Floor
Houston, TX 77002
713-250-5218
Fax: 713-250-5666
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**
515 Rusk
2nd Floor
Houston, TX 77002
713-250-5266
Fax: INS_prob1
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2007 | 1 | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Albert Clerrico (1) count(s) 1, filed. (kettac, ) (Entered: 04/26/2007) |
| 04/26/2007 | 2 | AO 257 Information Sheet as to Albert Clerrico, filed.(kettac, ) (Entered: 04/26/2007) |
| 04/26/2007 | 3 | US Attys Criminal Docket Sheet as to Albert Clerrico, filed.(kettac, ) (Entered: 04/26/2007) |
| 04/26/2007 | 4 | ORDER for Issuance of Bench Warrant as to Albert Clerrico ( Signed by Judge Mary Milloy ) Parties notified. (kettac, ) (Entered: 04/26/2007) |
| 04/27/2007 | | (Court only) Arrest Warrant Issued by Judge Mary Milloy in case as to Albert Clerrico, filed. (kettac, ) (Entered: 04/27/2007) |
| 05/01/2007 | 5 | Minute Entry for proceedings held before Judge Mary Milloy : INITIAL APPEARANCE as to Albert Clerrico,(Deft informed of rights) held on 5/3/2007 |

| | | |
|---|---|---|
| | | Appearances:Jimmy Sledge.(ERO:yes) (Interpreter:No), filed.(bgoolsby, ) (Entered: 05/03/2007) |
| 05/01/2007 | | Attorney update in case as to Albert Clerrico. Attorney Federal Public Defenders for Albert Clerrico added. (ealexander, ) (Entered: 05/03/2007) |
| 05/01/2007 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Federal Public Defenders for Albert Clerrico ( Signed by Judge Mary Milloy ) Parties notified. (ealexander, ) (Entered: 05/03/2007) |
| 05/01/2007 | | ***Set/Reset Hearings as to Albert Clerrico: Arraignment set for 5/10/2007 at 10:00 AM in Courtroom 703 before Magistrate Judge Calvin Botley..... (bgoolsby, ) Modified on 5/3/2007 (bgoolsby, ). (Entered: 05/03/2007) |
| 05/01/2007 | 7 | Financial Affidavit - CJA 23 by Albert Clerrico (See General Order 2004-11), filed. (bgoolsby, ) (Entered: 05/03/2007) |
| 05/01/2007 | 8 | ORDER for Partial Reimbursement of Court Appointed Counsel in the amount of $1,000 as to Albert Clerrico ( Signed by Judge Mary Milloy ) Parties notified. (bgoolsby, ) (Entered: 05/03/2007) |
| 05/01/2007 | 10 | Appearance Bond Entered as to Albert Clerrico in amount of $ $20,000 unsecured, Bond Depositor: Albert Clerrico, filed. (ypippin, ) Additional attachment(s) added on 5/4/2007 (ypippin, ). (Entered: 05/04/2007) |
| 05/02/2007 | 9 | ORDER Setting Conditions of Release ( Signed by Judge Mary Milloy ) Parties notified. (ypippin, ) Additional attachment(s) added on 5/4/2007 (ypippin, ). (Entered: 05/04/2007) |
| 05/10/2007 | 11 | SCHEDULING ORDER as to Albert Clerrico. ETT:2 days: Dispositive Motion Filing due by 5/30/2007. Responses due by 6/8/2007. Pretrial Conference set for 6/25/2007 at 02:30 PM in Courtroom 11C before Judge Lynn N. Hughes. Proposed Voir Dire due by 6/26/2007. Jury Trial set for 7/3/2007 at 09:00 AM in Courtroom 11C before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified. (chorace, ) (Entered: 05/14/2007) |
| 05/10/2007 | 12 | Minute Entry for proceedings held before Judge Calvin Botley: ARRAIGNMENT as to Albert Clerrico (1) Count 1 held on 5/10/2007. Not Guilty on all counts. Scheudling Order issued with copies to all parties. Appearances: Gregg Jeffrey Costa, Michael Lance Herman.(ERO:Yes) (Interpreter:No) Deft continued on bond, filed.(kmurphy, ) (Entered: 05/14/2007) |
| 05/14/2007 | 14 | (Court only) Arrest Warrant issued 4/26/07 Returned Executed on 4/30/07 in case as to Albert Clerrico, filed. (smurdock, ) (Entered: 05/21/2007) |
| 05/16/2007 | 13 | ORDER Modifying Conditions of Release ( Signed by Judge Calvin Botley ) Parties notified. (kmurphy, ) (Entered: 05/18/2007) |
| 06/21/2007 | 15 | Unopposed MOTION to Continue Trial by Albert Clerrico, filed. (Attachments: # 1 Proposed Order)(Herman, Michael) (Entered: 06/21/2007) |
| 06/22/2007 | 16 | ORDER granting 15 Unopposed Motion to Continue as to Albert Clerrico. Pretrial Conference reset for 7/17/2007 at 02:30 PM in Room 11122 before Judge Lynn N. Hughes. Jury Trial reset for 7/24/2007 at 09:00 AM in Courtroom 11C before Judge Lynn N. Hughes.( Signed by Judge Lynn N. Hughes ) Parties notified. (dkelly, ) (Entered: 06/22/2007) |
| 07/06/2007 | 17 | NOTICE OF SETTING as to Albert Clerrico. Rearraignment set for 7/23/2007 at 01:30 PM in Courtroom 11C before Judge Lynn N. Hughes. (dkelly, ) (Entered: 07/06/2007) |
| 07/06/2007 | | **Terminate Deadlines and Hearings as to Albert Clerrico: (dkelly, ) (Entered: 07/06/2007) |
| | | |

| | | |
|---|---|---|
| 07/23/2007 | | Minute Entry for REARRAIGNMENT held before Judge Lynn N. Hughes on 7/23/2007. Albert Clerrico (1): Guilty Count 1. Sentencing set for 7/27/07 at 10:00 a.m. Appearances: Gregg Jeffrey Costa f/ govt, Michael Lance Herman f/ deft.(ERO:yes) Deft continued on bond.(dkelly, ) (Entered: 07/23/2007) |
| 07/23/2007 | | ***Set/Reset Hearings as to Albert Clerrico: Sentencing set for 7/27/2007 at 10:00 AM in Courtroom 11C before Judge Lynn N. Hughes (dkelly, ) (Entered: 07/23/2007) |
| 07/23/2007 | 18 | SENTENCE DATA SHEET and PROFFER by USA as to Albert Clerrico, filed. (dkelly, ) (Entered: 07/23/2007) |
| 07/27/2007 | | Minute Entry for Sentencing held before Judge Lynn N. Hughes on 7/27/2007 for Albert Clerrico (1): Count(s) 1, 5 years Probation; $5,000 restitution; $100 special assessment - remitted on govt mtn.. Special conditions of Probation as stated on the record. Appearances: Gregg Jeffrey Costa f/ govt, Michael Lance Herman f/ deft, V. Monita f/ US Probation - H.(Court Reporter: A. Manley)(dkelly, ) (Entered: 07/27/2007) |
| 07/27/2007 | 19 | Victim Statement (SEALED), filed.(dkelly, ) (Entered: 07/27/2007) |
| 07/27/2007 | 20 | Letter from Bay Area Recovery Center Counselor as to Albert Clerrico, filed.(dkelly, ) (Entered: 07/27/2007) |
| 07/27/2007 | 21 | NOTICE OF RIGHT TO APPEAL as to Albert Clerrico. ( Signed by Judge Lynn N. Hughes ) Parties notified. (dkelly, ) (Entered: 07/27/2007) |
| 08/06/2007 | 22 | JUDGMENT as to Albert Clerrico ( Signed by Judge Lynn N. Hughes ) Parties notified. (rvazquez, ) (Entered: 08/07/2007) |
| 08/06/2007 | 23 | STATEMENT OF REASONS (Sealed) as to Albert Clerrico, filed. (rvazquez, ) (Entered: 08/07/2007) |
| 08/07/2007 | 24 | PROBATION FORM 12B Request for Modifying the Conditions or Term of Supervision with Consent of the Offender as to Albert Clerrico Court recommends Participation in mental health program. ( Signed by Judge Lynn N. Hughes ) Parties notified. (dbiagas, ) (Entered: 08/08/2007) |
| 10/03/2007 | 25 | Probation Jurisdiction Transferred to USDC District of Rhode Island as to Albert Clerrico., filed.(jegonzalez, ) (Entered: 10/04/2007) |

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By [signature] Deputy Clerk